**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA RYAN MURPHY,
ADC #760343                                                                                                    PLAINTIFF

v.                                          1:14CV00150-JM-JJV

JOSEPH HUGHES, Doctor,
McPherson Unit; *et al.*,                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Defendant Doctor Crowell is DISMISSED from this action for failure to state a claim upon which relief may be granted.

DATED this 20th day of January, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE