**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

LISA RYAN MURPHY,
ADC #760343                                                                                                    PLAINTIFF

v.                                          1:14CV00150-JM-JJV

JOSEPH HUGHES, Doctor,
McPherson Unit; *et al.*,                                                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.   The Clerk of Court shall alter the docket to reflect that Defendant 'Booker' is 'Tinesia Booker.'

2.   Defendants' Motion for Summary Judgment (Doc. No. 22) is GRANTED.

   A.   Plaintiff's claims that Defendant Joseph Hughes failed to treat her leg for two and a half-years at some point between 2011 and January 2014, and that Defendant Bernard Williams declined to intervene during that same period are DISMISSED with prejudice on the basis of collateral estoppel.

   B.   The following claims against Defendant Joseph Hughes are DISMISSED with prejudice on their merits:

      i.   Defendant Hughes restricted or discontinued her pain

medications from May 1, 2014, to June 25, 2014.

        ii.    Defendant Hughes restricted her pain medication in retaliation for filing lawsuits against him during the period encompassing April 2, 2014, to June 25, 2014.

        iii.    Defendant Hughes violated Plaintiff's Health Insurance Portability and Accountability Act rights on June 4, 2014.

        iv.    Defendant Hughes discontinued her wheelchair script, mattress script, and physical therapy on June 4, 2014.

        v.    Defendant Hughes was aware of Plaintiff's leg problems during the period ranging from April 2, 2014, to August 29, 2014, but failed to provide her with adequate treatment during that time.

    C.    Plaintiff's claims against Defendants Robert Floss, Tinesia Booker, and any remaining claims against Defendants Joseph Hughes and Bernard Williams are DISMISSED without prejudice for failure to exhaust administrative remedies.

3.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 6th day of November, 2015.

                                        JAMES M. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE